**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3284
_____

Linda Marie Jones,                    *
                                      *
        Appellant,                    *
                                      *
    v.                                *
                                      *
Jack R. Ott; Harry C. Haverly; Stephen                    *
R. Illingworth; Jay J. Sullivan; Richard                  *
        Appeal from the United States
L. Alexander; Gene C. Fotte, II; Ted                      *
        District Court for the
S. Griess; Arthur R. Langvardt; Gary                      *
        District of Nebraska.
Brunckhorst, Ex-Sheriff, Clay County;                     *
State of Nebraska, Department of                          *
        [UNPUBLISHED]
Social Services; Clay County News;                        *
Nebraska State Bar Association;                           *
Unknown Does, 1-99,                   *
                                      *
        Appellees.                    *

_____

                    Submitted:  December 11,
1997
                    Filed:  December
22, 1997

_____

Before  McMILLIAN,  BEAM,  and  MORRIS  SHEPPARD  ARNOLD,
    Circuit Judges.

_____

PER CURIAM.

Linda Marie Jones appeals from the district court's[1] dismissal of her complaint.  After reviewing the record and the parties' briefs, we conclude that the judgment of the district court was correct, and that an extended opinion would have no precedential value.  Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Richard G. Kopf, United States District Jude for the District of Nebraska, adopting the report and recommendation of the Honorable David L. Piester, United States Magistrate Judge for the District of Nebraska.